IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE CASAS GONZALEZ, et al.,

    Plaintiffs,

    v.                                 CIVIL NO. 98-1590 (RLA)

DR. ALFREDO APONTE CORDOVA, et al.,

    Defendants.

## JUDGMENT

The Settlement Agreement and Stipulation, filed by the parties on August 26, 1999 (docket No. **64**), is hereby **APPROVED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be and the same are bound by the terms and conditions set forth therein which are incorporated herein in *extenso*.

It is further ORDERED AND ADJUDGED that defendants shall pay plaintiffs the following settlement amounts:

| | | |
|---|---|---|
| SIMED | - | $375,000.00 |
| RELIANCE NATIONAL INS. CO. | - | $375,000.00 |
| SEGUROS TRIPLE S, INC. | - | $100,000.00 |

It is further ORDERED AND ADJUDGED that all claims that defendants may have among themselves be and the same are hereby **DISMISSED WITH PREJUDICE.**

AO 72
(Rev 8/82)

It is further ORDERED AND ADJUDGED that the claims asserted by plaintiffs against defendants in these proceedings be and the same are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of September, 1999.

_____
RAYMOND L. ACOSTA
United States District Judge